**JENNER & BLOCK LLP**
Kenneth K. Lee (Cal. Bar No. 264296)
klee@jenner.com
Kelly M. Morrison (Cal. Bar No. 255513)
kmorrison@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Phone:       (213) 239-5100
Facsimile:   (213) 239-5199

**JENNER & BLOCK LLP**
Dean N. Panos (*pro hac vice*)
dpanos@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Phone:       (312) 222-9350
Facsimile:   (312) 527-0484

Attorneys for Defendant
The Clorox Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE CLOROX CONSUMER LITIGATION<br><br>This Document Relates To:<br><br>  All Actions | Master File No. 3:12-cv-00280-SC<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO CONSOLIDATED COMPLAINT; ~~PROPOSED~~ ORDER**<br><br>Action Filed: January 23, 2012<br><br>Consolidated Class Action Complaint Filed: April 11, 2012 |
|---|---|

This stipulation is entered into by and between Plaintiffs Megan Sterritt, Kristin Luszcz, Lori Kowalewski, Tina Butler-Furr, Catherine Lenz, Susan Doyle, and Jose Segarra (collectively, "Plaintiffs"), and Defendant The Clorox Company ("Clorox" or "Defendant"), through their respective counsel of record, with reference to the following facts:

1. On March 6, 2012, the Court approved a stipulation consolidating the various putative class action lawsuits filed against Clorox relating to the Fresh Step cat litter, and designating the complaint filed in the case styled *Luszcz v. The Clorox Company* as the operative complaint in this action ("Complaint").

2. On March 21, 2012, Clorox filed a motion to dismiss the Complaint.

3. On April 11, 2012, Plaintiffs filed an amended Consolidated Class Action Complaint ("Consolidated Complaint") pursuant to Rule 15 of the Federal Rules of Civil Procedure.

4. Under Rule 15, Clorox's response to the Consolidated Complaint must be filed on or before April 25, 2012.

5. The Consolidated Complaint includes new factual allegations as well as legal causes of actions not raised in the previously filed Complaint, which demand significant analysis on the part of Clorox.

6. In light of the new issues raised in the Consolidated Complaint, Defendant and Plaintiffs agree to extend the time for Defendant to respond to the Consolidated Complaint by 21 days from April 25, 2012, to May 16, 2012.

7. Further, in the event that Clorox moves to dismiss the Consolidated Complaint, Defendant and Plaintiffs agree to extend the deadline for Plaintiffs to file their response to Clorox's motion to dismiss by 16 days from May 30, 2012, to June 15, 2012. Clorox will file a reply brief by June 29, 2012. The hearing on Clorox's motion to dismiss will be set for August 10, 2012 at 10:00 a.m. in Courtroom 1.

8. In light of the above-referenced schedule, the parties agree that all presently-set Case Management Conferences should be taken off-calendar, and a new Conference should be set following the hearing on Clorox's motion to dismiss.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

1. Clorox shall respond to the Consolidated Complaint no later than May 16, 2012;

2. In the event Clorox files a motion to dismiss, Plaintiffs shall file their response to Clorox's motion to dismiss no later than June 15, 2012, Clorox will file a reply brief by June 29, 2012, and the hearing on Clorox's motion to dismiss shall be set for August 10, 2012 at 10:00 a.m. in Courtroom 1;

3. All presently-set Case Management Conferences in the consolidated actions shall be taken off-calendar; and

4. The Court will hold a Case Management Conference on September 7, 2012 at 10:00 a.m. in Courtroom 1. The parties shall file a joint statement seven days prior to the Conference.

Dated: April 19, 2012                     JENNER & BLOCK LLP

                                          /s Kenneth K. Lee
                                          By: Kenneth K. Lee

                                          Attorneys for Defendant The Clorox Company

Dated: April 19, 2012                     ROBBINS GELLER RUDMAN AND DOWD LLP

                                          /s/ Mark Dearman
                                          By: Mark Dearman

                                          Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 19, 2012                     _____
                                          The Honorable
                                          United States

*IT IS SO ORDERED — Judge Samuel Conti*

2
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT