ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
       – and –
STUART A. DAVIDSON
MARK DEARMAN
KATHLEEN L. BARBER
BAILIE L. HEIKKINEN
CHRISTOPHER C. MARTINS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
kbarber@rgrdlaw.com
bheikkinen@rgrdlaw.com
cmartins@rgrdlaw.com

LABATON SUCHAROW LLP
GREGORY S. ASCIOLLA
ROBIN VAN DER MEULEN
140 Broadway, 34th Floor
New York, NY  10005
Telephone: 212/907-0700
212/818-0477 (fax)
gasciolla@labaton.com
rvandermeulen@labaton.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CLOROX CONSUMER LITIGATION ) <br> ────────────────────────────────────) <br> ) <br> This Document Relates To: ) <br> ) <br>     ALL ACTIONS. ) <br> ────────────────────────────────────) | Master File No. 12-cv-00280-SC <br><br> <u>CLASS ACTION</u> <br><br> JOINT STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE PURSUANT TO LOCAL RULES 6-2 AND 7-12 |

Pursuant to Civil Local Rules 6-2 and 7-12 of the United States District Court for the Northern District of California, Plaintiffs Tina Butler-Furr, Susan Doyle, Lori Kowalewski, Catherine Lenz, Kristin Luszcz, Jose Segarra, and Megan Sterritt ("Plaintiffs") and The Clorox Company ("Defendant") stipulate as follows:

## RECITALS

1.   Whereas, on April 26, 2013, the Court held a case management conference and entered a minute entry which scheduled a July 26, 2013 hearing on Defendant's yet-to-be-filed motion for judgment on the pleadings and directed the Parties to calculate their filing dates accordingly. [Dkt. No. 70].

2.   Whereas, the Parties subsequently agreed to a briefing schedule that allowed Defendant 30 days to file its motion (May 30, 2013) and 30 days for Plaintiffs to respond to the motion (June 27, 2013). The Parties further agreed that the Defendants would have two weeks to file a reply (July 11, 2013).

3.   Whereas, on May 30, 2013, per the Parties' agreement, Defendant filed its Motion for Judgment on the Pleadings. On that same day, the Court generated a briefing schedule which required Responses due by June 13, 2013 and Replies due by June 20, 2013.

4.   Whereas, pursuant to their original agreement, the Parties seek to extend Plaintiffs' deadline for submission of their response to Defendant's Motion for Judgment on the Pleadings by an enlargement of 14 days and Defendant's reply to Plaintiffs' response by an enlargement of time of 21 days. If granted, Plaintiffs' response will be due on June 27, 2013, and Defendant's reply will be due on July 11, 2013.

5.   Whereas, Civil Local Rule 6.2 provides, in relevant part, that a stipulated request to extend time must (1) set forth with particularity, the reasons for the requested enlargement or shortening of time; (2) disclose all previous time modifications in the case, whether by stipulation or Court order; and (3) describe the effect the requested time modification would have on the schedule for the case.

6. Whereas, (1) the Parties are in need of the extensions of time to file their response and reply based on the numerous arguments raised in the Defendant's Motion that involve the application of multiple state laws. If the requested extension is not granted, the Parties will be prejudiced in their ability to respond and reply to the pending motion. Moreover, (2) there have been no other previous time modifications in the case, and (3) the requested modifications will have no impact on the schedule for the case.

7. Whereas, this extension is requested in good faith and not for the purposes of delay.

## STIPULATION

1. The deadline for submission of Plaintiffs' response to Defendant's Motion for Judgment on the Pleadings shall be extended to June 27, 2013;

2. The deadline for submission of Defendant's reply shall be extended to July 11, 2013.

Respectfully submitted,

DATED: June 7, 2013

ROBBINS GELLER RUDMAN
 & DOWD LLP
STUART A. DAVIDSON
MARK DEARMAN
KATHLEEN L. BARBER
BAILIE L. HEIKKINEN
CHRISTOPHER C. MARTINS

　　　　　　　*s/ Mark Dearman*　　　　　　　
MARK DEARMAN

120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)

|   |   |
|---|---|
| 1 |   |
| 2 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>ROBERT M. ROTHMAN |
| 3 | 58 South Service Road, Suite 200<br>Melville, NY  11747 |
| 4 | Telephone:  631/367-7100<br>631/367-1173 (fax) |
| 5 |   |
| 6 | LABATON SUCHAROW LLP<br>GREGORY S. ASCIOLLA<br>ROBIN VAN DER MEULEN |
| 7 | 140 Broadway, 34th Floor<br>New York, NY  10005 |
| 8 | Telephone: 212/907-0700<br>212/818-0477 (fax) |
| 9 |   |
| 10 | Co-Lead Counsel for Plaintiffs |
| 11 | SHEPHARD, FINKELMAN, MILLER<br>  & SHAH, LLP |
| 12 | JAMES C. SHAH<br>35 East State Street |
| 13 | Media, PA 19063<br>Telephone:  610/891-9880 |
| 14 | 610/891-9883 (fax) |
| 15 | HARKE CLASBY & BUSHMAN LLP<br>LANCE A. HARKE |
| 16 | SARAH C. ENGEL<br>HOWARD M. BUSHMAN |
| 17 | 9699 NE Second Avenue<br>Miami, FL  33138 |
| 18 | Telephone:  305/536-8220<br>305/536-8229 (fax) |
| 19 |   |
| 20 | FARUQI & FARUQI, LLP<br>DAVID E. BOWER<br>CHRISTOPHER B. HAYES |
| 21 | 10866 Wilshire Blvd., Suite 1470<br>Los Angeles, CA  90024 |
| 22 | Telephone:  424/256-2884<br>424/257-2885 (fax) |
| 23 |   |
| 24 | Members of Plaintiffs' Executive Committee |
|   | DATED:  June 7, 2013                JENNER & BLOCK LLP |
| 25 | KENNETH K. LEE<br>KELLY M. MORRISON |
| 26 |   |
| 27 |   |
| 28 | *s/ Kenneth K. Lee*<br>KENNETH K. LEE |

JOINT STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE PURSUANT TO LOCAL
RULES 6-2 AND 7-12 - 12-cv-00280-SC                                                                                             - 3 -

633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone: 213/239-5100
213/239-5199 (fax)

JENNER & BLOCK LLP
DEAN N. PANOS
353 N. Clark Street
Chicago, IL 60654
Telephone: 312/222-9350
312/527-0484 (fax)

Attorneys for Defendant

# [~~PROPOSED~~] ORDER

Pursuant to Civil Local Rules 6-2 and 7-12 of the United States District Court for the Northern District of California, the Court hereby extends the time for Plaintiffs to file their responses to Defendant's Motion for Judgment on the Pleadings [Dkt. No.71] until June 27, 2013, and for Defendant to file its reply until July 11, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 06/07/2013          _____

Honorable
United States District Judge