ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
       – and –
STUART A. DAVIDSON
MARK DEARMAN
KATHLEEN L. BARBER
BAILIE L. HEIKKINEN
CHRISTOPHER C. MARTINS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
kbarber@rgrdlaw.com
bheikkinen@rgrdlaw.com
cmartins@rgrdlaw.com

LABATON SUCHAROW LLP
GREGORY S. ASCIOLLA
ROBIN A. VAN DER MEULEN
140 Broadway, 34th Floor
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
gasciolla@labaton.com
rvandermeulen@labaton.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CLOROX CONSUMER LITIGATION | ) Master File No. 12-cv-00280-SC ) ) CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) ) [~~PROPOSED~~] ORDER GRANTING THE ) PARTIES' JOINT STIPULATION OF ) DISMISSAL WITH PREJUDICE |

**[~~PROPOSED~~] ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Parties' Joint Stipulation of Dismissal With Prejudice, the Court hereby dismisses the above-captioned case, with prejudice.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 02/18/2015



_____
Honorable Samuel Conti
United States District Judge

[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE – 12-cv-00280-SC

- 1 -