IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: Clorox Consumer Litigation

Master File No. 12-00280 SC



Amber Lanbert, Intervenor
Kimmy P. Thulfazen, Intervenor
Rich Janothon, Intervenor

Motion to Intervene as Plaintiffs
Under Fed. R. Civ. P. Rule 24(A)$^2$, 24(B)

---

Comes Now, the Intervenors, Amber Lanbert, Kimmy P. Thulfazen, Rich Janothon, moves this honorable Court to intervene as Plaintiffs with newly discovered Evidence under Fed. R. Civ. P. Rule 24(A)$^2$ – as a matter of Right.
Nevilles v. EEOC

Moves to intervene under Rule 24(B) – permissive Intervention.

Intervenors have a common vested interest in this litigation. Intervenors were personally Affected by Clorox in 2011 and Just recently found out about this litigation. Intervenors are similarly situated individuals Adversely Affected by Clorox.

Intervenors will provide questions of laws and Facts that are common in this Litigation



Intervenors will provide this honorable court newly discovered evidence which includes: Documents, exhibits, medical records, Banking statements, Financial Documents, emails, and telephone records related to this litigation.

Intervenors respectfully pray this honorable court will grant their motion for relief.

Respectfully 4/6/15

*[signature]*

Amber Lambert
#181498
P.O. Box 85880
Pearl, MS 39288

*[signature]*

Kimmy P. Thulfazen
518 George Rd
Toms River, NJ 08753

*[signature]*

Rich Janothon
#KX9662
301 Institution Dr.
Bellefonte, PA 16823

Tyson Johnson #KV7801
301 Institution Dr
Bellefonte, PA 16823

INMATE MAIL
PA DEPT OF
CORRECTIONS

U.S. POSTAGE >> PITNEY BOWES

ZIP 16823 $ 000.48⁰
02 1W
0001364647 APR 06 2015

OFFICE OF THE CLERK
  U.S. DISTRICT COURT
1301 CLAY ST
OAKLAND, CA 94612

9461285212